# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __KENTUCKY__

Central Division (at Lexington)

UNITED STATES OF AMERICA

v.

JAMES GARFIELD CHARLES
VINCENT ADAMS VASSOR

**WITNESS AND EXHIBIT LIST**

Case Number: 5: 21-CR-077-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Danny C. Reeves | Gary Todd Bradbury | Andrew Sparks/Christopher Spedding |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 18-20, 2022 | Elaine Haberer | Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION: |
|---|---|---|---|---|---|---|
| W1 | | 01/18/22 | | | Witness: DEA Task Force Officer and Narcotics Detective Keith Park | |
| 32 | | 01/18/22 | X | X | Surveillance video of defendant Charles | |
| 24 | | 01/18/22 | X | X | Search warrant photo of firearms on shelf | |
| 25 | | 01/18/22 | X | X | Search warrant photo of firearms on shelf | |
| 26 | | 01/18/22 | X | X | Search warrant photo of firearms and drugs | |
| 27 | | 01/18/22 | X | X | Search warrant photo of case with ammunition boxes | |
| 28 | | 01/18/22 | X | X | Search warrant photo of sneaker | |
| 29 | | 01/18/22 | X | X | Search warrant photo of cash bundles in outside pocket | |
| 30 | | 01/18/22 | X | X | Search warrant photo of cash bundles in inner pocket | |
| 1 | | 01/18/22 | X | X | Search warrant photo of closet | |
| 2 | | 01/18/22 | X | X | Search warrant photo of plastic bags containing drugs | |
| 3 | | 01/18/22 | X | X | Search warrant photo – closeup of drugs | |
| 4 | | 01/18/22 | X | X | Search warrant photo – closeup of drugs | |
| 5 | | 01/18/22 | X | X | Search warrant photo of firearm and ammunition in bag | |
| 6 | | 01/18/22 | X | X | Search warrant photo of drugs found in large resealable bags | |
| 7 | | 01/18/22 | X | X | Search warrant photo of firearm and ammunition | |
| 8 | | 01/18/22 | X | X | Search warrant photo of firearm and ammunition | |
| 9 | | 01/18/22 | X | X | Search warrant photo of bag contents | |
| 10 | | 01/18/22 | X | X | Search warrant photo of ammunition boxes | |
| 11 | | 01/18/22 | X | X | Search warrant photo of door | |
| 12 | | 01/18/22 | X | X | Search warrant photo of black Beverly Hills Polo Club bag | |
| 13 | | 01/18/22 | X | X | Search warrant photo of firearm, magazine and ammunition | |
| 14 | | 01/18/22 | X | X | Search warrant photo of black backpack | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION** Page 2

| UNITED STATES OF AMERICA vs. James Charles (1); Vincent Vassor (3) | | | | | | CASE NO. 5: 21-CR-077-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| 15 | | 01/18/22 | X | X | Search warrant photo of ammunition boxes in plastic bag | |
| 16 | | 01/18/22 | X | X | Search warrant photo of firearm case from backpack | |
| 17 | | 01/18/22 | X | X | Search warrant photo of opened firearm case | |
| 18 | | 01/18/22 | X | X | Search warrant photo of firearm, magazine, and ammunition | |
| 19 | | 01/18/22 | X | X | Search warrant photo of drugs found in shoebox | |
| 20 | | 01/18/22 | X | X | Search warrant photo of Taylor brand scale | |
| 21 | | 01/18/22 | X | X | Search warrant photo of Nike shoebox | |
| 22 | | 01/18/22 | X | X | Search warrant photo of Nike shoebox contents | |
| 23 | | 01/18/22 | X | X | Search warrant photo of Dymo box | |
| 31 | | 01/18/22 | X | X | Search warrant photo of kitchen area | |
| 54 | | 01/18/22 | X | X | Photo of defendants Vassor & Charles at airport | |
| 55 | | 01/18/22 | X | X | Photo of defendants Vassor & Charles at airport | |
| 56a | | 01/18/22 | X | X | Photo of defendant Charles at airport | |
| 56b | | 01/18/22 | X | X | Photo of defendant Charles at airport | |
| 57 | | 01/18/22 | X | X | Photo of defendant Vassor at airport | |
| 60a | | 01/18/22 | X | X | Drugs – DEA Exhibit 3 (photos to be substituted for physical exhibit) | |
| 60b | | 01/18/22 | X | X | Drugs – DEA Exhibit 3 (photos to be substituted for physical exhibit) | |
| 61a | | 01/18/22 | X | X | Drugs – DEA Exhibit 4 (photos to be substituted for physical exhibit) | |
| 61b | | 01/18/22 | X | X | Drugs – DEA Exhibit 4 (photos to be substituted for physical exhibit) | |
| 62a | | 01/18/22 | X | X | Drugs – DEA Exhibit 5 (photos to be substituted for physical exhibit) | |
| 62b | | 01/18/22 | X | X | Drugs – DEA Exhibit 5 (photos to be substituted for physical exhibit) | |
| 63a | | 01/18/22 | X | X | Drugs – DEA Exhibit 7 (photos to be substituted for physical exhibit) | |
| 63b | | 01/18/22 | X | X | Drugs – DEA Exhibit 7 (photos to be substituted for physical exhibit) | |
| 64a | | 01/18/22 | X | X | Drugs – DEA Exhibit 8 (photos to be substituted for physical exhibit) | |
| 64b | | 01/18/22 | X | X | Drugs – DEA Exhibit 8 (photos to be substituted for physical exhibit) | |
| 65a | | 01/18/22 | X | X | Drugs – DEA Exhibit 12 (photos to be substituted for physical exhibit) | |
| 65b | | 01/18/22 | X | X | Drugs – DEA Exhibit 12 (photos to be substituted for physical exhibit) | |

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA vs. James Charles (1); Vincent Vassor (3) | | | | | 5: 21-CR-077-DCR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES / Court Rulings: |
|---|---|---|---|---|---|
| 66 | | 01/18/22 | X | X | Drugs – DEA Exhibit 14 (photo to be substituted for physical exhibit) |
| W2 | | 01/18/22 | | | **Witness: AT Special Agent James Freeman** |
| W3 | | 01/18/22 | | | **Witness: AHIDTA and Richmond PD Narcotics Detective Hunter Harrison** |
| 50 | | 01/18/22 | X | X | Audio: Phone call on January 6, 2021 |
| 43 | | 01/18/22 | X | X | Audio: Phone call on February 8, 2021 |
| 44 | | 01/18/22 | X | X | Audio: Phone call on February 8, 2021 |
| 45a | | 01/18/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 45b | | 01/18/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 46 | | 01/18/22 | X | X | Video of controlled buy on February 8, 2021 |
| 47a | | 01/18/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 47b | | 01/18/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 48a | | 01/18/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 48b | | 01/18/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| W3 | | 01/19/22 | | | **Witness: AHIDTA and Richmond PD Narcotics Detective Hunter Harrison** |
| 45a | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 45b | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 46 | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 47a | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 47b | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 48a | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 48b | | 01/19/22 | X | X | Video clips of controlled buy on February 8, 2021 |
| 49 | | 01/19/22 | X | X | Photos of defendant during controlled buy |
| 38 | | 01/19/22 | X | X | Photos of drugs from controlled buy on February 8, 2021 |
| 39 | | 01/19/22 | X | X | Search warrant photo of Taylor Kitchen Scale box |
| 40 | | 01/19/22 | X | X | Search warrant photo of cash |
| 41 | | 01/19/22 | X | X | Search warrant photo of cash |
| 42 | | 01/19/22 | X | X | Search warrant photo of cash |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**  Page 4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | | | | | CASE NO. UNITED STATES OF AMERICA vs. James Charles (1); Vincent Vassor (3) — 5: 21-CR-077-DCR | |
| 34 | | 01/19/22 | X | X | Audio: Phone call with defendant Vassor | |
| 35 | | 01/19/22 | X | X | Audio: Phone call with defendant Vassor | |
| 36 | | 01/19/22 | X | X | Audio: Phone call with defendant Charles | |
| 37 | | 01/19/22 | X | X | Audio: Phone call with defendant Charles | |
| W4 | | 01/19/22 | | | **Witness: Zane Sloan** | |
| 34 | | 01/19/22 | X | X | Audio: Phone call with defendant Vassor | |
| 35 | | 01/19/22 | X | X | Audio: Phone call with defendant Vassor | |
| 36 | | 01/19/22 | X | X | Audio: Phone call with defendant Charles | |
| W5 | | 01/19/22 | | | **Witness; ATF Special Agent Lindsey Brewer** | |
| 67 | | 01/19/22 | X | X | Photo of gun | |
| 68 | | 01/19/22 | X | X | Photo of gun | |
| W6 | | 01/19/22 | | | **Witness: DEA Chemist Lora Lopez** | |
| 60a | | 01/19/22 | X | X | Drugs – DEA Exhibit 3 (photos to be substituted for physical exhibit) | |
| 60b | | 01/19/22 | X | X | Drugs – DEA Exhibit 3 (photos to be substituted for physical exhibit) | |
| 61a | | 01/19/22 | X | X | Drugs – DEA Exhibit 4 (photos to be substituted for physical exhibit) | |
| 61b | | 01/19/22 | X | X | Drugs – DEA Exhibit 4 (photos to be substituted for physical exhibit) | |
| W7 | | 01/19/22 | | | **DEA Chemist Brian Green** | |
| 62a | | 01/19/22 | X | X | Drugs – DEA Exhibit 5 (photos to be substituted for physical exhibit) | |
| 62b | | 01/19/22 | X | X | Drugs – DEA Exhibit 5 (photos to be substituted for physical exhibit) | |
| 63a | | 01/19/22 | X | X | Drugs – DEA Exhibit 7 (photos to be substituted for physical exhibit) | |
| 63b | | 01/19/22 | X | X | Drugs – DEA Exhibit 7 (photos to be substituted for physical exhibit) | |
| 64a | | 01/19/22 | X | X | Drugs – DEA Exhibit 8 (photos to be substituted for physical exhibit) | |
| 64b | | 01/19/22 | X | | Drugs – DEA Exhibit 8 (photos to be substituted for physical exhibit) | |
| W8 | | 01/19/22 | | | **DEA Chemist Michelle Cerreta** | |
| 65a | | 01/19/22 | X | X | Drugs – DEA Exhibit 12 (photos to be substituted for physical exhibit) | |
| 65b | | 01/19/22 | X | X | Drugs – DEA Exhibit 12 (photos to be substituted for physical exhibit) | |

AO 187A (Rev. 7/87)　　**EXHIBIT AND WITNESS LIST – CONTINUATION**　　Page 5

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. James Charles (1); Vincent Vassor (3) | CASE NO. 5: 21-CR-077-DCR |
| W9 | | 01/19/22 | | | **Witness: DEA Chemist Rajaa Mesfioui** | |
| 66 | | 01/19/22 | X | X | Drugs – DEA Exhibit 14 (photo to be substituted for physical exhibit) | |
| W10 | | 01/19/22 | | | **Witness: KSP Trooper Jack Gabriel** | |
| 59a | | 01/19/22 | X | X | Photos of drugs found in Kroger bag in vehicle | |
| 59b | | 01/19/22 | X | X | Photos of drugs found in Kroger bag in vehicle | |
| W11 | | 1/19/22 | | | **Witness: DEA Special Agent Michael Trueblood** | |
| 33 | | 01/19/22 | X | X | Surveillance video of defendants Charles and Vassor | |
| W12 | | 01/19/22 | | | **Witness: Antonio Cloyd** | |
| W1 | | 01/19/22 | | | **Witness: DEA Task Force Officer and Narcotics Detective Keith Park (recalled)** | |

Page　5　of　5　Pages