May we please get a metric to US weight conversion chart?

How many oz/pounds are 500g? ~~100g~~ 74g? 50g?

Eastern District of Kentucky
FILED
JAN 20 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Eastern District of Kentucky
FILED
JAN 2 0 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

The Jury has reached a verdict

#525