Eastern District of Kentucky
FILED
JAN 20 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 21-077-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES GARFIELD CHARLES, | ) | **VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

We the jury, unanimously find as follows:

**Question 1:** Count 1: Conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine

**GUILTY** ___✓___      **NOT GUILTY** _____

If you answered "guilty" in response to Question 1, proceed to Question 1(a). If you answered "not guilty" in response to Question 1, skip Question 1(a) and proceed to Question 2.

**Question 1(a):** With respect to Count 1, the amount of methamphetamine attributable to the defendant is:

___✓___  500 grams or more

_____  at least 50 grams but less than 500 grams

_____  less than 50 grams

**Question 2:** Count 2: Possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine

**GUILTY** ___✓___      **NOT GUILTY** _____

54

If you answered "guilty" in response to Question 2, proceed to Question 2(a). If you answered "not guilty" in response to Question 2, skip Question 2(a) and proceed to Question 3.

**Question 2(a):** With respect to Count 2, the amount of mixture or substance containing a detectable amount of methamphetamine attributable to the defendant is:

____√____ 500 grams or more

_____ at least 50 grams but less than 500 grams

_____ less than 50 grams

**Question 3:** Count 3: Possession with the intent to distribute a mixture or substance containing a detectable amount of heroin

GUILTY __√__      NOT GUILTY _____

If you answered "guilty" in response to Question 3, proceed to Question 3(a). If you answered "not guilty" in response to Question 3, skip Question 3(a) and proceed to Question 4.

**Question 3(a):** With respect to Count 3, the amount of mixture or substance containing a detectable amount of ~~mixture or substance containing a detectable amount of~~ heroin is:      *DCR*

____√____ 100 grams or more

_____ less than 100 grams

**Question 4:** Count 4: Possession with intent to distribute a mixture or substance containing a detectable amount of cocaine

GUILTY __√__      NOT GUILTY _____

**Question 5:** Count 6: Possession of a firearm in furtherance of the drug trafficking crime charged in Count 1

GUILTY __√__      NOT GUILTY _____

55

**Question 6:** Count 7: Possession of a firearm by a convicted felon

**GUILTY** ✓           **NOT GUILTY** _____

██████████████████████                    Jan. 20-2022
FOREPERSON    (NUMBER)                    DATE