UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
FILED
SEP 12 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 5: 21-077-DCR |
| ) | |
| V. ) | |
| ) | |
| JAMES GARFIELD CHARLES and ) | **DESTRUCTION CERTIFICATE** |
| VINCENT ADAMS VASSOR, ) | |
| ) | |
| Defendants. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This is to certify that the exhibits marked on the Exhibit ListS [Record No. 77, 97] were filed at the jury trial held January 18-20, 2022 and evidentiary hearing held May 4, 2022. Counsel has been requested in writing to claim the exhibits. [Record No. 178] No claim having been made for the return of the exhibits, they are now eligible for destruction.

ROBERT R. CARR, CLERK
UNITED STATES DISTRICT COURT

_____
DAVID HUNTER, CHIEF DEPUTY

9/12/2025
_____
DATE

09/12/2025
_____
DESTRUCTION DATE

_____
DEPUTY CLERK

- 1 -