UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 21-077-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES GARFIELD CHARLES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant James Garfield Charles has filed a motion for a 90-day extension to file a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  [Record No. 181]  In support, he contends that he has experienced considerable difficulty accessing the law library and his transcripts due to staff misplacing them and a two-week lockdown.  However, the Court may not extend the time for filing before the defendant has filed the § 2255 motion for the Court's consideration.  *United States v. Asakevich*, 810 F.3d 418, 419 (6th Cir. 2016).

Accordingly, it is hereby

**ORDERED** that the defendant's motion [Record No. 181] is **DENIED**.

Dated: December 22, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky

- 1 -