AO 243 (Rev, 01/15)                                                                    Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Eastern District of Kentucky (Lexington) |
|---|---|---|
| Name *(under which you were convicted)*: <br> JAMES GARFIELD CHARLES | | Docket or Case No.: <br> 5:21-cr-00077-DCR-MAS-1 |
| Place of Confinement: <br> FCI Beckley | | Prisoner No.: <br> 51535-509 |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* |

V.    JAMES GARFIELD CHARLES

**MOTION**

Eastern District of Kentucky
**F I L E D**
APR 2 1 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    United States District Court
    Eastern District of Kentucky
    Central Division - Lexington

    (b) Criminal docket or case number (if you know):  5:21-cr-00077-DCR-MAS-1

2.  (a) Date of the judgment of conviction (if you know):  6/1/2022

    (b) Date of sentencing:  5/6/2022

3.  Length of sentence:  380 months

4.  Nature of crime (all counts):

    Ct 1s: Conspiracy to Distribute 500 Grams or More of A Mixture or Substance Containing A Detectable Amount of Methamphetamine, in violation to 21 U.S.C. §§ 841(a)(1) and 846; Ct 2s: Possession with Intent to Distribute 500 Grams or More of A Mixture or Substance Containing A Detectable Amount of Methamphetamine, in violation to 21 U.S.C. § 841(a)(1).; Ct 3s:Possession with Intent to Distribute 100 Grams or More of A Mixture or Substance Containing A Detectable Amount of Heroin, in violation to 21 U.S.C. § 841(a)(1).; Cts 4s, 6s, 7s: See Memorandum of Law in Support

5.  (a) What was your plea?  (Check one)

    (1) Not guilty [✔]        (2) Guilty [ ]        (3) Nolo contendere (no contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

    Guilty on Counts 1s-4s, 6s, and 7s of the Superseding Indictment.

6.  If you went to trial, what kind of trial did you have?  (Check one)    Jury [✔]    Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]    No [✔]

8.  Did you appeal from the judgment of conviction?    Yes [✔]    No [ ]

AO 243 (Rev, 01/15)                                                                                                    Page 3

9.  If you did appeal, answer the following:

   (a) Name of court:   United States Court of Appeals for the Sixth Circuit

   (b) Docket or case number (if you know):   Appeal No. 22-5424

   (c) Result:   Affirmed.

   (d) Date of result (if you know):   11/12/2024

   (e) Citation to the case (if you know):   United States v. Charles,  Nos. 22-5424/5427

   (f) Grounds raised:

   Sentences and convictions.

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑    No ☐

      If "Yes," answer the following:

      (1) Docket or case number (if you know):   USCA Case Number 22-5424

      (2) Result: Denied.

      (3) Date of result (if you know):   4/23/2025

      (4) Citation to the case (if you know):

      (5) Grounds raised:

      Sentences and convictions.

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court:

      (2) Docket or case number (if you know):

      (3) Date of filing (if you know):

      (4)  Nature of the proceeding:

      (5)  Grounds raised:

AO 243 (Rev. 01/15)                                                                                      Page 4

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:      Yes ☐        No ☐

(2)  Second petition:   Yes ☐        No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev., 01/15)                                                                                 Page 5

**GROUND ONE:**    The Government Committed Prosecutorial Misconduct.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum of Law in Support.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☐    No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐    No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

     Yes ☐    No ☐

AO 243 (Rev.,01/15)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**   Ineffective Assistance of Pretrial Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Pretrial Counsel's Failure To:
(1) Communicate with Charles and Inform Him of the Relevant Circumstances and Likely Consequences of Pleading Guilty As Opposed to Proceeding to Trial;
(2) Conduct An Adequate and Independent Pretrial Investigation; and
(3) Attempt to Negotiate A Favorable Plea Agreement Deprived Charles of Effective Assistance of Pretrial Counsel Under the Sixth Amendment of the Constitution of the United States.

See Memorandum of Law in Support.

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

AO 243 (Rev. 01/15)                                                                                    Page 7

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:



**GROUND THREE:**    Ineffective Assistance of Trial Counsel

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Counsel's Failure To:
(1) Inform Charles of His Strategy, Any Affirmative Defenses and His Theory of His Defense;
(2) Subpoena Critical Witnesses; and
(3) Raise Issues to Help Prove Charles' Case.

See Memorandum of Law in Support.

AO 243 (Rev. 01/15)

**(b) Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

**(c) Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                                    Page 9

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**   Ineffective Assistance of Sentencing Counsel

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentencing Counsel's Failure To:
(1) Adequately Challenge the PSR;
(2) Argue for Mitigation of Punishment and Object to His Sentence Being Substantively Unreasonable; and (
3) Failure to Preserve Meritorious Issues for Appeal Deprived Charles of Effective Assistance of Sentencing Counsel Under the Sixth Amendment, A Fair and Just Sentence.

See Memorandum of Law in Support.

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐      No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐      No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

AO 243 (Rev. 01/15)                                                                                      Page 10

(3)  Did you receive a hearing on your motion, petition, or application?

Yes [ ]        No [ ]

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes [ ]        No [ ]

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ]        No [ ]

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13.  Is there any ground in this motion that you have not previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?        Yes [ ]        No [✔]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                    Page 11

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:
Thomas C. Lyons, Thomas C. Lyons Law Offices, 201 W. Short Street, Suite 820, Lexington, KY 40507

(b) At the arraignment and plea:
Thomas C. Lyons, Thomas C. Lyons Law Offices, 201 W. Short Street, Suite 820, Lexington, KY 40507

(c) At the trial:
Andrew Louis Sparks, Dickinson Wright PLLC - KY, 300 W. Vine Street, Suite 1700, Lexington, KY 40507

(d) At sentencing:
Andrew Louis Sparks, Dickinson Wright PLLC - KY, 300 W. Vine Street, Suite 1700, Lexington, KY 40507

(e) On appeal:
Andrew Louis Sparks, Dickinson Wright PLLC - KY, 300 W. Vine Street, Suite 1700, Lexington, KY 40507

(f) In any post-conviction proceeding:
N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☐          No ☑

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☑

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AO 243 (Rev. 01/15)                                                                                    Page 12

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, Charles respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

Respectfully submitted,

_James H. Charles_
JAMES GARFIELD CHARLES
REG. NO. 51535-509
FCI BECKLEY
FEDERAL CORR. INSTITUTION
P.O. BOX 350
GENERAL & LEGAL MAIL
BEAVER, WV 25813
Appearing *Pro Se*

## DECLARATION OF JAMES GARFIELD CHARLES

I, James Garfield Charles, declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. I placed this § 2255 Motion in the prison mailbox on the date below invoking the prison mailbox rule. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: April 14, 2026

_James H. Charles_
JAMES GARFIELD CHARLES