## EXHIBIT 1:
## "GPS Tracker Installation"

# COMMONWEALTH OF KENTUCKY

## FAYETTE DISTRICT COURT

### SEARCH WARRANT

*********************************

FILED
ATTEST, VINCENT RIGGS, CLERK

MAR 0 1 2021

FAYETTE CIRCUIT CLERK
BY_____DEPUTY

| | |
|---|---|
| Defendant | |
| Arrest Date | |
| Charges | |

## TO ANY POLICE OFFICER, SHERIFF, OR OTHER PEACE OFFICER OF THE COMMONWEALTH OF KENTUCKY:

Proof by Affidavit having been made before me by    Nathaniel K. Parke
a peace officer with the Lexington Police Department, there is probable and reasonable cause for the issuance of this Search Warrant as set forth in the Affidavit attached hereto and made a part hereof as if fully set out herein; you are commanded to make immediate search of the premises known and numbered as:

Kentucky State Police JTB

and more particularly described as follows:
N/A

and/or in (a) vehicles(s) described as:
2001 Volvo White in color 4 door passenger car, Registration 525 TMC, VIN# YV1TS90D011205550 Registered to a Latasha Freeman 3507 Rocky Hill Terrace, Lexington, Kentucky 40517

and/or on the person(s) of:

For the following described personal property, to wit:
1. 2001 White Volvo 4 door passenger car bearing Kentucky plate 525 TMC, VIN# YV1TS90D01120550 being registered to a Latasha Freeman at [Redacted] The vehicle is being operated by Vincent Vassor out of California [Redacted] with California licence [Redacted]

and if you find same or any part thereof, you are further commanded that the property be seized and brought forthwith before me or any other court in which the offense in respect to which the property or things taken is triable, or retained in your custody subject to Order of said court, such property being held against the peace and dignity of the Commonwealth of Kentucky.

Issued this _____10th_____ day of _____FEBRUARY_____, 20_21_. Time: _1:45_ AM (PM)

Joseph T. Bouvier
**PRINTED NAME OF JUDGE**

_____
**SIGNATURE OF JUDGE**
Fayette District Court/Circuit Court

Page 1

FORM 222 (12/20)

# COMMONWEALTH OF KENTUCKY
# FAYETTE DISTRICT COURT

## _AFFIDAVIT IN SUPPORT OF AND PETITION FOR SEARCH WARRANT_

Comes the Affiant,   Nathaniel K. Parke
a peace officer with the Kentucky State Police being first duly sworn, now on oath deposes, affirms and says that he/she has reasonable and probable grounds to believe and Affiant does believe that there is now on the premises known and numbered as:

and more particularly described as follows:
N/A

and/or in (a) vehicles(s) described as:
2001 Volvo White in color 4 door passenger car, Registration 525 TMC, VIN# YV1TS90D011205550 Registered to a Latasha Freeman ▮▮Redacted▮▮ Lexington, Kentucky 40517

and/or on the person(s) of:

for the herein described personal property, to wit:
1. 2001 White Volvo 4 door passenger car bearing Kentucky plate 525 TMC, VIN# YV1TS90D01120550 being registered to a Latasha Freeman a ▮▮Redacted▮▮ The vehicle is being operated by Vincent Vassor out of California ▮▮Redacted▮▮ with California licencse Redacted

Affiant believes and states there is probable and reasonable cause to believe said property constitutes (check appropriate box or boxes):

- ☐ Stolen or embezzled property;
- ☐ Property or things used as a means of committing a crime;
- ☑ Property or things in the possession of a person who intends to use same as means of committing a crime;
- ☐ Property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery;
- ☐ Property or things which consist of evidence which tends to show a crime has been committed or that a particular person has committed a crime; or
- ☑ Other

ORDER AUTHORIZING THE INSTALLATION AND USE OF AN ELECTRONIC TRACKING DEVICE FOR A PERIOD OF 90 DAYS.

Page 1

Affiant has been an officer in the aforementioned agency for a period of ___8___ years and the information and observations contained herein were received and made in his/her capacity as an officer thereof.

On the ___3___ day of ___February___, 20 _21_ at approximately ___11:00 a.m___, the Affiant received information from or observed:

Affiant being a Detective with the Kentucky State Police observed on the 1st of February a White Volvo bearing Kentucky registration 525 TMC show up at Antonio Cloyds residence at 1009B Pennebaker Drive in Lexington, Kentucky a known drug trafficker in the Central Kentucky area. This vehicle was present at this address for approximately 20 minutes before leaving. On February 3rd, affiant recieved information from a Cooperating Witness with the Kentucky State Police that this same vehicle showed up at the Cooperating witness residence on February 1st later in the evening driven by a black male known only to him by the name Scoobie (Vincent Vassor) from California, a known drug trafficker to the Cooperating witness who they have purchased narcotics from in the past and is known to come to Lexington, Kentucky from California to traffic narcotics. Cooperating witness stated that Vassor had spoke told Cooperating witness to contact him directly on the phone number provided some time ago in reference to purchasing methamphetamine. Vassor told Cooperating witness that for one pound of methamphetamine the charge would be $4000.00 dollars. The vehicle he was driving is registered to a Latasha Freeman located at ████Redacted████ in Lexington, Kentucky.

☐ CONTINUED ON ATTACHMENT

FORM 222

# COMMONWEALTH OF KENTUCKY
# FAYETTE DISTRICT COURT
## *AFFIDAVIT IN SUPPORT OF AND PETITION FOR SEARCH WARRANT*

### ATTACHMENT NUMBER ONE

On Feburary 8, 2021 another recorded phone call was made to Vincent Vassor to arrange for the controlled purchase of one pound of methamphetamine in Lexington, Kentucky for $4,000 dollars. Vassor told cooperating witnetness that he would be ready around 1:30 p.m and they would be meeting in the Macy's parking lot at the Fayette Mall. On this date, surveillance was set up on 3507 Rocky Hill Terrace prior to 1:30. During this time, it was witnessed by DEA personnel that Vincent Vassor came out of the residence and got in the White Volvo passenger car as the driver with a male black passenger and left. Surveillance was conducted on the this vehicle driving to the area of Nicholasville and Southland Drive. This is when the driver started driving erractic, making multiple turns and driving down one way streets. With my experience and knowledge of this driving behavior from drug traffickers, this is known as dragging, in order to see if they are being followed. Surveillance on this vehicle was stopped but remained in the area. A short time later, this vehicle emerged on Southland Drive with only one occupant, that being Vincent Vassor. Vassor was follwed back to 3507 Rocky Hill Terrace where surveillance was still set up on the house. At approximately 1:30, Vassor was seen leaving the house in the White Volvo and made its way to the Macy's parking lot where the Cooperating witness was. Vassor pulled beside the Cooperating witness and got in the cooperating witness vehicle. A few minutes later, Vassor got out of the vehicle and back into the White Volvo. The conversation between Vassor and cooperating witness was heard, and Vassor told cooperating witness that he was going to get he methamphetamine and would meet the cooperating witness in the Target parking lot across the street. Vassor was then observed back at 3507 Rocky Hill Terrace and wnet into the residence. A short time later, Vassor was seen coming out of the house with some type of package. Surveillance was conducted on Vassor back to the target parking lot where Vassor pulled next to the cooperating witness and was observed getting out of the White Volvo with a package and into the vehicle with the cooperating witness. A few minutes later, Vassor got out without the package and left. After meeting back with cooperating witness, a package containing one pound of methamphetamine was recovered from the controlled transaction and was given to the cooperating witness by Vincent Vassor In exchange for $4000.00 dollars.

Page __5__ of __4__ Pages

**Acting on the information received, Affiant conducted the following independent investigation:**

Detectives and personnel from the Lexington DEA resident office conducted surveillance on 3507 Rocky Hill Terrace where the vehicle was located on February 3rd and 4th with no activity taking place. On February 5th, a recorded phone call was placed to Vassor to arrange a controlled drug transaction for Monday, February 8th, 2021 for one pound of methamphetamine.

Affiant has reasonable and probable cause to believe and believes, grounds exist for the issuance of a Search Warrant based on the aforementioned facts, information and circumstances and prays a Search Warrant be issued, that the property (or any part thereof) be seized and brought before any Court and/or retained subject to Order of said court.

_____          _KSP 857_
Officer                                                    Emp #

Subscribed and sworn to before me on this the _____10th_____ day of

_____Febuary_____, 20 21          Time: _1:45_ AM (PM)

_____
SIGNATURE OF JUDGE, FAYETTE DISTRICT COURT/CIRCUIT COURT

_Joseph T. Bouvier_
PRINTED NAME OF JUDGE

Page 3

FORM 221 (12/20)

Executed on this ___22___ day of ___February___, 20__21__, at ___11:00___ AM / PM

with the authority of Judge ___Joseph Bouvier___ by

___Det. Keith Parks___ ID/Emp #: ___857___

of the ~~Lexington Police Department~~, by searching the said premises, vehicles, and/or persons described herein
Kentucky State Police
and by seizing the following:

| Item No. | Description of Items - Where Found | Found by |
|---|---|---|
| 1 | GPS Coordinance | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Officers Present:**