**EXHIBIT 2:**
**"Pole Camera Installation"**

FORM 222 (03/18)

# COMMONWEALTH OF KENTUCKY
# FAYETTE DISTRICT COURT

## *AFFIDAVIT IN SUPPORT OF AND PETITION FOR SEARCH WARRANT*

**Comes the Affiant,** Detective Keith Parke
a peace officer with the Kentucky State Police being first duly sworn, now on oath deposes, affirms and says that he/she has reasonable and probable grounds to believe and Affiant does believe that there is now on the premises known and numbered as:
N/A

**and more particularly described as follows:**
N/A

**and/or in (a) vehicles(s) described as:**

**and/or on the person(s) of:**

**for the herein described personal property, to wit:**
The application of this search warrant is pursuant to US v. Jackson and Appredi v. New Jersey; "The use of video equipment and cameras to record activity visible to the naked eye did not ordinarily violate the Fourth Amendment," much less use of the equipment to view activity that "a person knowingly exposes to the public." granting the Kentucky State Police, DEA and agents of GTE South and/or Kentucky Utilities to deploy a video camera viewing the activities taking place in the area of 1009 B Pennebaker Drive, Lexington Fayette County KY 40511 for a period not to exceed sixty (60) days.

**Affiant believes and states there is probable and reasonable cause to believe said property constitutes (check appropriate box or boxes):**

- ☐ Stolen or embezzled property;
- ☑ Property or things used as a means of committing a crime;
- ☑ Property or things in the possession of a person who intends to use same as means of committing a crime;
- ☑ Property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery;
- ☑ Property or things which consist of evidence which tends to show a crime has been committed or that a particular person has committed a crime; or
- ☐ Other

Page 1

, **Affiant has been an officer in the aforementioned agency for a period of** ___9___ **years and the information and observations contained herein were received and made in his/her capacity as an officer thereof.**

**On the** ___7___ **day of** ___January___ **, 20 21 at approximately** ___11:00 A.M.___ **, the Affiant received information from or observed:**

On January 1, 2021, Affiant was advised by Det. Hunter Harrison that he had met with a Confidential Informant, hereinafter referred as "CI", in reference to a male subject, Antonio CLOYD, who has been identified as a kilo-size, poly-drug trafficker in Fayette and Madison Counties. The CI stated they have purchased pound quantities of methamphetamine from CLOYD for over two years, and advised CLOYD has mentioned going to Lexington, KY to "re-up" on multiple occasions. The CI stated most of the transactions occurred at CLOYD'S residence, 1009B Pennebaker Road, Lexington, KY 40511, however on one occasion in the past several months, the transactions have occurred at the CI's residence in Madison County, KY. According to the CI, CLOYD most often arrives in 2006 White, Chevrolet Suburban, listed above.

On January 6, 2021, Affiant was notified by Det. Hunter Harrison he had met with the aforementioned CI to place a recorded phone call to CLOYD and prearrange the purchase of one pound of methamphetamine on January 7, 2021. During the conversation, Affiant could hear CLOYD clarify he would be traveling to Red Lobster (828 Eastern Bypass, Richmond, KY 40475) on the same day. CLOYD also advised the CI he would be at the CI's residence in between 1030 and 1100 hours on January 7, 2021.

Acting on the information received, **Affiant** conducted the following independent investigation:

On January 6, 2021, Affiant, Det. Johnny Southwood (TF-19) and Detective Hunter Harrison (KSP) observed CLOYD and an unknown white female arrive in the parking lot of Red Lobster, 828 Eastern Bypass, Richmond, KY 40475, in the aforementioned vehicle.

On January 7, 2021, Affiant along with DEA utilized the CI to conduct a controlled purchase of approximately one pound of suspected methamphetamine from CLOYD, which was captured via audio/video recording. CLOYD was observed leaving his residence at 1009B Pennebaker Road, Lexington, KY 40511, with a yellow bag (which was later confirmed to conceal the suspected methamphetamine), in his vehicle (2006 White, Chevrolet Suburban listed above) and travel to the CI's residence. During the transaction, CLOYD stated he would have more (methamphetamine) when the CI was ready; inferring he would have to re-up between that time and the next transaction.

Affiant and investigators conducted surveillance from the completion of the transaction until approximately 1900 hours. CLOYD was observed making multiple stops at various locations in Lexington, KY before returning home. Specifically, one residence CLOYD traveled to is the home of a known drug trafficker which has just recently been released from federal prison for trafficking marijuana.

Affiant and other investigators with the Lexington DEA and Madison County Drug Task Force have attempted to conduct surveillance numerous occasions on CLOYD, but due to the geographical location of CLOYD'S residence, and confidential nature of this investigation, it has been difficult and investigators feel CLOYD is suspicious of government vehicles. Additionally the high traffic of Lexington and the erratic driving of CLOYD have proven to be tough obstacles in conducting successful surveillance. CLOYD'S vehicle ( 2006 White, Chevrolet Suburban listed above) has been observed parked in front of 1009B Pennebaker Road, Lexington, KY 40511, which is CLOYD's registered address, as recent as January 7, 2021.

☑ CONTINUED ON ATTACHMENT

Page 2

**Acting on the information received, Affiant conducted the following independent investigation:**

Several attempts at normal surveillance in the area of Pennebaker have proven to be impractical for law enforcement. The ability to conduct surveillance is limited to short term stationary surveillance, which is inadequate to assess the extent of potential criminal activity or conduct prolonged surveillance without being compromised.

Affiant has reasonable and probable cause to believe and believes, grounds exist for the issuance of a Search Warrant based on the aforementioned facts, information and circumstances and prays a Search Warrant be issued, that the property (or any part thereof) be seized and brought before any Court and/or retained subject to Order of said court.

_____          KSP 857
Officer                                                        Emp #

Subscribed and sworn to before me on this the          11th          day of

_____ , 20 21                    Time: 11:53 (AM) PM

_____
JUDGE, FAYETTE DISTRICT COURT/CIRCUIT COURT

Page 3

Joseph T. Bouvier

# COMMONWEALTH OF KENTUCKY

# FAYETTE DISTRICT COURT

## *SEARCH WARRANT*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Defendant** | |
| **Arrest Date** | |
| **Charges** | |

## TO ANY POLICE OFFICER, SHERIFF, OR OTHER PEACE OFFICER OF THE COMMONWEALTH OF KENTUCKY:

Proof by Affidavit having been made before me by  Detective Keith Parke
a peace officer with the Lexington Police Department, there is probable and reasonable cause for the issuance of this Search Warrant as set forth in the Affidavit attached hereto and made a part hereof as if fully set out herein; you are commanded to make immediate search of the premises known and numbered as:
N/A

and more particularly described as follows:
N/A

and/or in (a) vehicles(s) described as:

and/or on the person(s) of:

For the following described personal property, to wit:
The application of this search warrant is pursuant to US v. Jackson and Appredi v. New Jersey; "The use of video equipment and cameras to record activity visible to the naked eye did not ordinarily violate the Fourth Amendment," much less use of the equipment to view activity that "a person knowingly exposes to the public." granting the Kentucky State Police, DEA and agents of GTE South and/or Kentucky Utilities to deploy a video camera viewing the activities taking place in the area of 1009 B Pennebaker Drive, Lexington Fayette County KY 40511 for a period not to exceed sixty (60) days.

and if you find same or any part thereof, you are further commanded that the property be seized and brought forthwith before me or any other court in which the offense in respect to which the property or things taken is triable, or retained in your custody subject to Order of said court, such property being held against the peace and dignity of the Commonwealth of Kentucky.

Issued this ___11th___ day of ___January___ , 202/___ . Time: ___11:53___ (AM )PM

_____
Judge
Fayette District Court/Circuit Court

FORM 221 (03/18)

Executed on this ___29___ day of ___JANUARY___, 20 _21_, at ___1600___ AM / PM

by ___DET. KEITH PARKE___, of the Lexington Police Department

Identification/Employee number ___BADGE 857___, by searching the said premises, vehicles, and/or persons described herein and by seizing the following:

| Item No. | Description of Items - Where Found | Found by |
|---|---|---|
| | POLE CAMERA INSTALL | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Nothing | |
| | Seized | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Officers Present:**