**EXHIBIT 3:**
**"Cellphone Call Detail Records "**

"Search MTN","Search Start Date","Search End Date","Record Open Date/Time","Record Open Dt/Tm(GMT)","Dir","MSISDN","Called #","CPN","SOU","RAT","ENDPOINT","VZWNE/V4B"
"8599405608","2021-05-10","2021-06-09","2021/06/06 21:22:01(GMT +0)","2021/06/06 21:22:01","MT","8599405608","18599405608","18593147590","8","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 20:42:01(GMT +0)","2021/06/06 20:42:01","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 00:53:49(GMT +0)","2021/06/06 00:53:49","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 21:52:20(GMT -4)","2021/06/08 01:52:20","MT","8599405608","18599405608","15023821438","102","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 20:40:36(GMT +0)","2021/06/07 20:40:36","MT","8599405608","18599405608","18597051747","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 08:39:16(GMT +0)","2021/06/07 08:39:16","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 15:54:49(GMT +0)","2021/06/08 15:54:49","MT","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 15:48:13(GMT +0)","2021/06/08 15:48:13","MT","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 16:17:06(GMT +0)","2021/06/08 16:17:06","MT","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 01:43:08(GMT +0)","2021/06/08 01:43:08","MT","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 20:34:10(GMT +0)","2021/06/08 20:34:10","MT","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 20:58:44(GMT +0)","2021/06/08 20:58:44","MT","8599405608","18599405608","18593147590","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 22:39:26(GMT +0)","2021/06/08 22:39:26","MT","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 17:59:06(GMT -4)","2021/06/08 21:59:06","MT","8599405608","18599405608","18593147590","135","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 22:38:30(GMT +0)","2021/06/08 22:38:30","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 20:18:55(GMT +0)","2021/06/08 20:18:55","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 01:55:32(GMT +0)","2021/06/09 01:55:32","MT","8599405608","18599405608","18594334296","7","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:06:22(GMT +0)","2021/06/09 20:06:22","MT","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:12:16(GMT +0)","2021/06/09 20:12:16","MT","8599405608","18599405608","15023821438","4","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:13:37(GMT +0)","2021/06/09 20:13:37","MT","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:10:25(GMT +0)","2021/06/09 20:10:25","MT","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:06:08(GMT +0)","2021/06/09 20:06:08","MT","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/11 08:25:46(GMT -4)","2021/05/11 12:25:46","MT","8599405608","18599405608","18597051747","91","LTE","N/A","N/A"

"8599405608","2021-05-10","2021-06-09","2021/05/12 10:20:31(GMT -4)","2021/05/12 14:20:31","MT","8599405608","18599405608","15025450685","103","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 20:02:39(GMT +0)","2021/05/12 20:02:39","MT","8599405608","18599405608","15023821438","0","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 17:07:19(GMT +0)","2021/05/12 17:07:19","MT","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 16:29:43(GMT -4)","2021/05/12 20:29:43","MT","8599405608","18599405608","15023821438","34","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 13:20:23(GMT -4)","2021/05/13 17:20:23","MT","8599405608","18599405608","18594334296","10","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 13:20:46(GMT -4)","2021/05/13 17:20:46","MT","8599405608","18599405608","18594334296","11","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 22:59:16(GMT +0)","2021/05/13 22:59:16","MT","8599405608","18599405608","15025450685","8","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 01:18:44(GMT +0)","2021/05/14 01:18:44","MT","8599405608","18599405608","15025450685","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 02:13:07(GMT +0)","2021/05/14 02:13:07","MT","8599405608","18599405608","15025450685","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 01:23:15(GMT +0)","2021/05/14 01:23:15","MT","8599405608","18599405608","15025450685","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 18:37:06(GMT -4)","2021/05/14 22:37:06","MT","8599405608","18599405608","15025450685","54","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 09:32:08(GMT -4)","2021/05/14 13:32:08","MT","8599405608","18599405608","18597051747","113","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 19:45:53(GMT +0)","2021/05/14 19:45:53","MT","8599405608","18599405608","15025450685","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:25:50(GMT +0)","2021/05/16 21:25:50","MT","8599405608","18599405608","18594334296","9","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:15:58(GMT -4)","2021/05/17 01:15:58","MT","8599405608","18599405608","15023821438","45","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 02:51:36(GMT +0)","2021/05/16 02:51:36","MT","8599405608","18599405608","18594334296","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 00:56:53(GMT +0)","2021/05/16 00:56:53","MT","8599405608","18599405608","18594334296","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 00:38:01(GMT +0)","2021/05/17 00:38:01","MT","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 00:37:22(GMT +0)","2021/05/17 00:37:22","MT","8599405608","18599405608","18594334296","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 09:13:12(GMT -4)","2021/05/17 13:13:12","MT","8599405608","18599405608","18594334296","20","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 09:13:43(GMT -4)","2021/05/17 13:13:43","MT","8599405608","18599405608","18594334296","18","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 22:07:48(GMT -4)","2021/05/20 02:07:48","MT","8599405608","18599405608","18593147590","15","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 21:17:19(GMT -4)","2021/05/20 01:17:19","MT","8599405608","18599405608","18593147590","40","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/22 22:47:28(GMT -4)","2021/05/23 02:47:28","MT","8599405608","18599405608","18594334296","11","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/23 15:59:25(GMT -4)","2021/05/23

19:59:25","MT","8599405608","18599405608","15029754863","28","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/24 20:59:16(GMT +0)","2021/05/24
20:59:16","MT","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 16:59:53(GMT -4)","2021/05/25
20:59:53","MT","8599405608","18599405608","18595336322","6","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 21:08:24(GMT +0)","2021/05/25
21:08:24","MT","8599405608","18599405608","18595336322","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 17:07:48(GMT -4)","2021/05/25
21:07:48","MT","8599405608","18599405608","18595336322","20","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 04:54:42(GMT +0)","2021/05/25
04:54:42","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 17:07:21(GMT -4)","2021/05/25
21:07:21","MT","8599405608","18599405608","18595336322","20","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 02:03:34(GMT +0)","2021/05/25
02:03:34","MT","8599405608","18599405608","15029754863","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 23:14:42(GMT +0)","2021/05/27
23:14:42","MT","8599405608","18599405608","18594498240","4","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 19:17:42(GMT -4)","2021/05/27
23:17:42","MT","8599405608","18599405608","18594498240","49","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 21:07:55(GMT -4)","2021/05/28
01:07:55","MT","8599405608","18599405608","18594498240","22","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 21:41:35(GMT +0)","2021/05/27
21:41:35","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 18:12:26(GMT -4)","2021/05/28
22:12:26","MT","8599405608","18599405608","18593147590","14","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 22:38:48(GMT -4)","2021/05/29
02:38:48","MT","8599405608","18599405608","15029754863","54","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 21:47:27(GMT +0)","2021/05/28
21:47:27","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 02:56:03(GMT +0)","2021/05/28
02:56:03","MT","8599405608","18599405608","15029754863","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 19:18:06(GMT +0)","2021/05/29
19:18:06","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 22:15:47(GMT +0)","2021/05/29
22:15:47","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 19:29:52(GMT +0)","2021/05/29
19:29:52","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 06:13:43(GMT +0)","2021/05/29
06:13:43","MT","8599405608","18599405608","15029754863","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/31 03:14:46(GMT +0)","2021/05/31
03:14:46","MT","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/01 17:48:31(GMT +0)","2021/06/01
17:48:31","MT","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/01 17:42:41(GMT +0)","2021/06/01
17:42:41","MT","8599405608","18599405608","18593147590","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/02 22:46:23(GMT +0)","2021/06/02
22:46:23","MT","8599405608","18599405608","18593147590","4","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/02 14:59:40(GMT +0)","2021/06/02
14:59:40","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"

"8599405608","2021-05-10","2021-06-09","2021/06/03 16:07:55(GMT  +0)","2021/06/03 16:07:55","MT","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 23:31:58(GMT  +0)","2021/06/03 23:31:58","MT","8599405608","18599405608","18594334296","5","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 18:00:55(GMT  +0)","2021/06/03 18:00:55","MT","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 23:32:38(GMT  +0)","2021/06/03 23:32:38","MT","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 17:47:14(GMT  +0)","2021/06/03 17:47:14","MT","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 13:02:06(GMT  +0)","2021/06/03 13:02:06","MT","8599405608","18599405608","18593147590","6","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 23:35:50(GMT  +0)","2021/06/04 23:35:50","MT","8599405608","18599405608","18594334296","6","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 13:52:11(GMT  +0)","2021/06/04 13:52:11","MT","8599405608","18599405608","18594334296","7","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 20:11:46(GMT  +0)","2021/06/04 20:11:46","MT","8599405608","18599405608","18594334296","9","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 00:04:04(GMT  +0)","2021/06/04 00:04:04","MT","8599405608","18599405608","18594334296","7","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/05 21:53:32(GMT  +0)","2021/06/05 21:53:32","MT","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 22:28:02(GMT  +0)","2021/06/06 22:28:02","MT","8599405608","18599405608","18593147590","5","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 21:10:44(GMT  +0)","2021/06/06 21:10:44","MT","8599405608","18599405608","18594334296","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 21:22:16(GMT  +0)","2021/06/06 21:22:16","MT","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/11 08:24:42(GMT  -4)","2021/05/11 12:24:42","MO","8599405608","8597051747","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/11 17:24:23(GMT  -4)","2021/05/11 21:24:23","MO","8599405608","15025450685","18599405608","159","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 08:40:06(GMT  -4)","2021/05/12 12:40:06","MO","8599405608","15025450685","18599405608","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 15:33:08(GMT  -4)","2021/05/12 19:33:08","MO","8599405608","15023821438","18599405608","12","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 16:13:30(GMT  -4)","2021/05/12 20:13:30","MO","8599405608","15023821438","18599405608","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 12:32:28(GMT  -4)","2021/05/13 16:32:28","MO","8599405608","18597051747","18599405608","5","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 19:05:02(GMT  -4)","2021/05/13 23:05:02","MO","8599405608","15025450685","18599405608","182","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 12:33:09(GMT  -4)","2021/05/13 16:33:09","MO","8599405608","18597051747","18599405608","138","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 13:21:38(GMT  -4)","2021/05/13 17:21:38","MO","8599405608","18594334296","18599405608","96","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 17:42:16(GMT  -4)","2021/05/14 21:42:16","MO","8599405608","5026829494","18599405608","25","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 10:50:44(GMT  -4)","2021/05/14

14:50:44","MO","8599405608","18597051747","18599405608","16","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 09:06:07(GMT -4)","2021/05/14 13:06:07","MO","8599405608","18597051747","18599405608","39","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 17:37:15(GMT -4)","2021/05/14 21:37:15","MO","8599405608","15025450685","18599405608","92","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 16:46:23(GMT -4)","2021/05/14 20:46:23","MO","8599405608","15025450685","18599405608","17","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 15:48:12(GMT -4)","2021/05/14 19:48:12","MO","8599405608","15025450685","18599405608","99","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/15 16:49:15(GMT -4)","2021/05/15 20:49:15","MO","8599405608","15025450685","18599405608","102","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:05:10(GMT -4)","2021/05/17 01:05:10","MO","8599405608","18597051747","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:04:56(GMT -4)","2021/05/17 01:04:56","MO","8599405608","15023821438","18599405608","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 17:28:57(GMT -4)","2021/05/16 21:28:57","MO","8599405608","18594334296","18599405608","62","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:03:49(GMT -4)","2021/05/17 01:03:49","MO","8599405608","18597051747","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:03:29(GMT -4)","2021/05/17 01:03:29","MO","8599405608","18597051747","18599405608","6","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 20:51:10(GMT -4)","2021/05/17 00:51:10","MO","8599405608","15025450685","18599405608","87","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 09:05:38(GMT -4)","2021/05/17 13:05:38","MO","8599405608","18594334296","18599405608","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 09:14:41(GMT -4)","2021/05/17 13:14:41","MO","8599405608","18594334296","18599405608","62","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 17:17:26(GMT -4)","2021/05/19 21:17:26","MO","8599405608","8596262736","18599405608","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 13:41:08(GMT -4)","2021/05/19 17:41:08","MO","8599405608","8596262736","18599405608","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 17:19:08(GMT -4)","2021/05/19 21:19:08","MO","8599405608","8593147590","18599405608","6","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 13:40:34(GMT -4)","2021/05/19 17:40:34","MO","8599405608","8596262736","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 17:16:20(GMT -4)","2021/05/19 21:16:20","MO","8599405608","8596262736","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 18:08:06(GMT -4)","2021/05/19 22:08:06","MO","8599405608","8593147590","18599405608","68","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 13:43:16(GMT -4)","2021/05/19 17:43:16","MO","8599405608","8596262736","18599405608","46","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 16:41:09(GMT -4)","2021/05/19 20:41:09","MO","8599405608","18592147422","18599405608","13","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 18:07:42(GMT -4)","2021/05/19 22:07:42","MO","8599405608","8593147590","18599405608","14","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/19 17:22:09(GMT -4)","2021/05/19 21:22:09","MO","8599405608","8593147590","18599405608","12","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/22 22:47:56(GMT -4)","2021/05/23 02:47:56","MO","8599405608","18594334296","18599405608","0","LTE","N/A","N/A"

"8599405608","2021-05-10","2021-06-09","2021/05/22 22:48:09(GMT -4)","2021/05/23 02:48:09","MO","8599405608","18594334296","18599405608","96","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/23 00:12:00(GMT -4)","2021/05/23 04:12:00","MO","8599405608","18594334296","18599405608","70","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/23 15:20:21(GMT -4)","2021/05/23 19:20:21","MO","8599405608","18594334296","18599405608","11","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/23 15:23:32(GMT -4)","2021/05/23 19:23:32","MO","8599405608","5029754863","18599405608","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/23 15:23:55(GMT -4)","2021/05/23 19:23:55","MO","8599405608","18594334296","18599405608","35","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/23 16:00:50(GMT -4)","2021/05/23 20:00:50","MO","8599405608","15023821438","18599405608","73","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 16:58:32(GMT -4)","2021/05/25 20:58:32","MO","8599405608","8595336322","18599405608","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 16:57:47(GMT -4)","2021/05/25 20:57:47","MO","8599405608","8595336322","18599405608","8","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 17:01:41(GMT -4)","2021/05/25 21:01:41","MO","8599405608","18595336322","18599405608","0","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 17:09:56(GMT -4)","2021/05/25 21:09:56","MO","8599405608","18595336322","18599405608","167","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 19:16:44(GMT -4)","2021/05/27 23:16:44","MO","8599405608","18594498240","18599405608","6","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 19:15:59(GMT -4)","2021/05/27 23:15:59","MO","8599405608","18594498240","18599405608","7","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 15:54:26(GMT -4)","2021/05/28 19:54:26","MO","8599405608","15029754863","18599405608","5","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 15:55:42(GMT -4)","2021/05/28 19:55:42","MO","8599405608","5026829494","18599405608","87","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 11:32:58(GMT -4)","2021/05/28 15:32:58","MO","8599405608","18593147590","18599405608","45","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 22:16:09(GMT -4)","2021/05/29 02:16:09","MO","8599405608","15029754863","18599405608","113","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 18:36:15(GMT -4)","2021/05/28 22:36:15","MO","8599405608","15029754863","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 17:31:36(GMT -4)","2021/05/28 21:31:36","MO","8599405608","15029754863","18599405608","5","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 17:33:06(GMT -4)","2021/05/28 21:33:06","MO","8599405608","8597051747","18599405608","56","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 18:32:53(GMT -4)","2021/05/28 22:32:53","MO","8599405608","18593147590","18599405608","43","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 11:32:16(GMT -4)","2021/05/28 15:32:16","MO","8599405608","18593147590","18599405608","4","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 17:32:28(GMT -4)","2021/05/28 21:32:28","MO","8599405608","15029754863","18599405608","5","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 17:07:07(GMT -4)","2021/05/28 21:07:07","MO","8599405608","18593147590","18599405608","47","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 18:07:04(GMT -4)","2021/05/29 22:07:04","MO","8599405608","15029754863","18599405608","6","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 18:17:31(GMT -4)","2021/05/29

22:17:31","MO","8599405608","15029754863","18599405608","130","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 21:51:51(GMT -4)","2021/06/08
01:51:51","MO","8599405608","15023821438","18599405608","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 21:37:08(GMT -4)","2021/06/08
01:37:08","MO","8599405608","15029754863","18599405608","148","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 21:27:39(GMT -4)","2021/06/08
01:27:39","MO","8599405608","18593147590","18599405608","35","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 21:36:34(GMT -4)","2021/06/08
01:36:34","MO","8599405608","15023821438","18599405608","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 18:12:36(GMT -4)","2021/06/08
22:12:36","MO","8599405608","18593147590","18599405608","6","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 18:12:57(GMT -4)","2021/06/08
22:12:57","MO","8599405608","18593147590","18599405608","37","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 17:04:59(GMT -4)","2021/06/08
21:04:59","MO","8599405608","18593147590","18599405608","63","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 20:02:39(GMT +0)","2021/05/12
20:02:39","MF","8599405608","18599405608","15023821438","0","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:06:08(GMT +0)","2021/06/09
20:06:08","MF","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/13 22:59:16(GMT +0)","2021/05/13
22:59:16","MF","8599405608","18599405608","15025450685","8","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 02:13:07(GMT +0)","2021/05/14
02:13:07","MF","8599405608","18599405608","15025450685","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 01:18:44(GMT +0)","2021/05/14
01:18:44","MF","8599405608","18599405608","15025450685","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 01:23:15(GMT +0)","2021/05/14
01:23:15","MF","8599405608","18599405608","15025450685","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/14 19:45:53(GMT +0)","2021/05/14
19:45:53","MF","8599405608","18599405608","15025450685","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 21:25:50(GMT +0)","2021/05/16
21:25:50","MF","8599405608","18599405608","18594334296","9","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 00:56:53(GMT +0)","2021/05/16
00:56:53","MF","8599405608","18599405608","18594334296","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/16 02:51:36(GMT +0)","2021/05/16
02:51:36","MF","8599405608","18599405608","18594334296","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 00:38:01(GMT +0)","2021/05/17
00:38:01","MF","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/17 00:37:22(GMT +0)","2021/05/17
00:37:22","MF","8599405608","18599405608","18594334296","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/24 20:59:16(GMT +0)","2021/05/24
20:59:16","MF","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 21:08:24(GMT +0)","2021/05/25
21:08:24","MF","8599405608","18599405608","18595336322","3","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 04:54:42(GMT +0)","2021/05/25
04:54:42","MF","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/25 02:03:34(GMT +0)","2021/05/25
02:03:34","MF","8599405608","18599405608","15029754863","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/27 23:14:42(GMT +0)","2021/05/27
23:14:42","MF","8599405608","18599405608","18594498240","4","N/A","N/A","N/A"

"8599405608","2021-05-10","2021-06-09","2021/05/27 21:41:35(GMT +0)","2021/05/27 21:41:35","MF","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 21:47:27(GMT +0)","2021/05/28 21:47:27","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/28 02:56:03(GMT +0)","2021/05/28 02:56:03","MF","8599405608","18599405608","15029754863","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 22:15:47(GMT +0)","2021/05/29 22:15:47","MF","8599405608","18599405608","15029754863","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 19:18:06(GMT +0)","2021/05/29 19:18:06","MF","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 19:29:52(GMT +0)","2021/05/29 19:29:52","MF","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/29 06:13:43(GMT +0)","2021/05/29 06:13:43","MF","8599405608","18599405608","15029754863","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/31 03:14:46(GMT +0)","2021/05/31 03:14:46","MF","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/01 17:48:31(GMT +0)","2021/06/01 17:48:31","MF","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/01 17:42:41(GMT +0)","2021/06/01 17:42:41","MF","8599405608","18599405608","18593147590","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/02 22:46:23(GMT +0)","2021/06/02 22:46:23","MF","8599405608","18599405608","18593147590","4","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/02 14:59:40(GMT +0)","2021/06/02 14:59:40","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 16:07:55(GMT +0)","2021/06/03 16:07:55","MF","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 23:31:58(GMT +0)","2021/06/03 23:31:58","MF","8599405608","18599405608","18594334296","5","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 18:00:55(GMT +0)","2021/06/03 18:00:55","MF","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 23:32:38(GMT +0)","2021/06/03 23:32:38","MF","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 17:47:14(GMT +0)","2021/06/03 17:47:14","MF","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/03 13:02:06(GMT +0)","2021/06/03 13:02:06","MF","8599405608","18599405608","18593147590","6","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 23:35:50(GMT +0)","2021/06/04 23:35:50","MF","8599405608","18599405608","18594334296","6","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 13:52:11(GMT +0)","2021/06/04 13:52:11","MF","8599405608","18599405608","18594334296","7","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 20:11:46(GMT +0)","2021/06/04 20:11:46","MF","8599405608","18599405608","18594334296","9","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/04 00:04:04(GMT +0)","2021/06/04 00:04:04","MF","8599405608","18599405608","18594334296","7","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/05 21:53:32(GMT +0)","2021/06/05 21:53:32","MF","8599405608","18599405608","18594334296","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 22:28:02(GMT +0)","2021/06/06 22:28:02","MF","8599405608","18599405608","18593147590","5","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 21:10:44(GMT +0)","2021/06/06

21:10:44","MF","8599405608","18599405608","18594334296","2","LTE","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 21:22:01(GMT +0)","2021/06/06 21:22:01","MF","8599405608","18599405608","18593147590","8","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 21:22:16(GMT +0)","2021/06/06 21:22:16","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 20:42:01(GMT +0)","2021/06/06 20:42:01","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/06 00:53:49(GMT +0)","2021/06/06 00:53:49","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 20:40:36(GMT +0)","2021/06/07 20:40:36","MF","8599405608","18599405608","18597051747","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/07 08:39:16(GMT +0)","2021/06/07 08:39:16","MF","8599405608","18599405608","15029754863","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 15:54:49(GMT +0)","2021/06/08 15:54:49","MF","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 15:48:13(GMT +0)","2021/06/08 15:48:13","MF","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 16:17:06(GMT +0)","2021/06/08 16:17:06","MF","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 01:43:08(GMT +0)","2021/06/08 01:43:08","MF","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 20:18:55(GMT +0)","2021/06/08 20:18:55","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 20:34:11(GMT +0)","2021/06/08 20:34:11","MF","8599405608","18599405608","18593147590","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 20:58:44(GMT +0)","2021/06/08 20:58:44","MF","8599405608","18599405608","18593147590","1","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 22:39:26(GMT +0)","2021/06/08 22:39:26","MF","8599405608","18599405608","18593147590","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/08 22:38:30(GMT +0)","2021/06/08 22:38:30","MF","8599405608","18599405608","18593147590","3","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 01:55:32(GMT +0)","2021/06/09 01:55:32","MF","8599405608","18599405608","18594334296","7","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:06:22(GMT +0)","2021/06/09 20:06:22","MF","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:12:16(GMT +0)","2021/06/09 20:12:16","MF","8599405608","18599405608","15023821438","4","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:13:37(GMT +0)","2021/06/09 20:13:37","MF","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/06/09 20:10:25(GMT +0)","2021/06/09 20:10:25","MF","8599405608","18599405608","15023821438","2","N/A","N/A","N/A"
"8599405608","2021-05-10","2021-06-09","2021/05/12 17:07:19(GMT +0)","2021/05/12 17:07:19","MF","8599405608","18599405608","15023821438","3","N/A","N/A","N/A"