## EXHIBIT 4:
### "Verizon Subpoena"

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: **Redacted**
Subpoena No

**TO:** Verizon Wireless

Phone: 800-451-5242
FAX: 888-667-0028

**AT:** 180 Washington Valley Rd
Bedminster, NJ 07921

By the service of this subpoena on you by Nathaniel K Parke who is authorized to serve it, you are hereby commanded and required to appear before Nathaniel K Parke, an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C.Section 801 et seq., and as authorized by 18 U.S.C.Section 2703(c)(2), please provide the following for the dates between 05/10/2021 - 06/09/2021 Eastern (EST)
- All customers/subscribers for the date range given, provide name and street and/or mailing address
- Call Detail Text Records
- Local and long distance telephone connection records, including incoming and outgoing calls, and to include VOLTE/VOIP calls.
for **859-940-5608**

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to Criminal Analyst Marcie D Mitchell, 571-362-7003. In lieu of personal appearance, please email records to Marcie.D.Mitchell@usdoj.gov .

Place and time for appearance: At 997 GOVERNORS LANE 350 LEXINGTON, KY 40513 US on the 10 day of July 2021 at 05:00 PM. In lieu of personal appearance, please email records to Marcie.D.Mitchell@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**

Signature: _Rick Hardin_

Ricky W Hardin, GS

Issued this 10th day of June 2021

FORM DEA-79