# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal Action No.** |
| | ) | **5:21-cr-77-SCM** |
| **v.** | ) | |
| | ) | **Civil Action No.** |
| **JAMES GARFIELD CHARLES,** | ) | **5:26-cv-140-SCM** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Defendant/Movant James Garfield Charles has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. [DE 191]. Defendant claims that his attorney provided ineffective assistance. Thereafter, the Court directed Defendant to advise whether he waives the attorney-client privilege with respect to the specific ineffective assistance of counsel issues raised in his § 2255 motion. [DE 195]. In response, Defendant responded "that <u>I am waiving</u> my attorney-client privilege regarding all claims of ineffective assistance of counsel addressed in my motion." [DE 198 (underline in original)]. Thus, the Court finds that he waived the attorney-client privilege with respect to the issues raised in his § 2255 motion. [DE **]. As such, Defendant's motion should now proceed to further briefing.

Accordingly, **IT IS ORDERED** as follows:

(1) Defendant's attorney-client privilege is deemed **WAIVED** only as to those claims raised in his § 2255 motion.

(2) Within forty-five (45) days from the date of this Order, the United States **SHALL FILE** a response to Defendant's § 2255 motion that addresses all substantive and procedural issues.

(3) Upon the filing of the United States' response, Defendant shall have thirty (30) days to submit any reply.

(4) Upon receipt of Defendant's reply, or the expiration of the time in which to file the same, the matter will stand submitted.

Entered this 10th of June, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY