**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:21-CR-77-SCM-MAS**
**(Civil Action No. 5:26-CV-140)**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**


**V.**                          **UNITED STATES' MOTION TO STRIKE**


**JAMES GARFIELD CHARLES**                                        **DEFENDANT**

\* \* \* \* \*

The United States respectfully moves to strike James Charles's 50-page reply because it exceeds the page limitation set out in LCrR 47.1(e) and LR 7.1(d).

The Court's Local Rules for civil and criminal cases set a 15- and 10-page limitation on replies, respectively, absent leave of Court. LCrR 47.1(e); LR 7.1(d). Charles recently filed a 50-page reply in support of his § 2255 motion. [R. 204: Reply.] He neither sought nor obtained Court leave to make this Rule-violative filing.

Accordingly, because Charles violated the Local Rules by filing a reply in excess of either page limitation, the Court should strike the violative filing from the record. *See Martinez v. United States*, 865 F.3d 842, 844 (6th Cir. 2017) (upholding district court's application of local rule, which set 20-page limit for memoranda in support of motions, to § 2255 motion filing). The Court may, of course, permit Charles time to file a Rule-compliant reply. [*See, e.g.*, R. 192: Order at 1971 (*sua sponte* ordering Charles "to submit a new memorandum in support of his § 2255 Motion, not to exceed 25 pages"); R.

1

206:  Order at 724-25, *United States v. Bolano*, case no. 6:24-CR-75-CHB-EBA (granting government's motion to strike oversize § 2255 filing).]

Respectfully Submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By:    s/ James T. Chapman
      James T. Chapman
      G. Todd Bradbury
      Assistant United States Attorneys
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4804
      James.Chapman2@usdoj.gov

CERTIFICATE OF SERVICE

On July 6, 2026, I electronically filed this document through the ECF system, and I mailed it to:

James Garfield Charles
Reg. No. 51535-509
FCI Beckley
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV 25813
*Pro Se Defendant*

s/ James T. Chapman
Assistant United States Attorney

2
