# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **CRIMINAL CASE NO. 5:21-CR-00077-SCM-MAS-1** |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL CASE NO. 5:26-CV-00140-SCM-MAS** |
| **JAMES GARFIELD CHARLES,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

The United States has filed a motion to strike [DE 205] the reply filed by Defendant James Garfield Charles in support of his pending habeas petition because the reply far exceeds the page limit as set forth in the local rules. Per Joint Local Rule 7.1(d), a reply may not exceed 15 pages in civil cases and 10 pages in criminal cases per Joint Local Rule 47.1(e). Charles' reply is 50 pages.

This is not the first time Charles has ignored the local rules. When Charles filed his original petition, it was more than fifty pages in length, far over the maximum allowed by the local rules. The Court ordered that Charles re-submit his petition considering the page limit. [DE 192]. Charles complied. [DE 193].

The Court must once again direct Charles to follow the local rules. The motion to strike [DE 205] is **GRANTED**. Within twenty-one (21) days from this Order,

Charles may file a new reply in support of his habeas petition that is limited to 15 pages.

Signed this the 13th of July, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY